| | |
|---|---|
| 1 | REGINALD D. STEER (SBN 056324) |
| | E-mail: rsteer@akingump.com |
| 2 | STEVEN S. KAUFHOLD (SBN 157195) |
| | E-mail: skaufhold@akingump.com |
| 3 | AMIT KURLEKAR (SBN 244230) |
| | E-mail: akurlekar@akingump.com |
| 4 | TERESA WANG (SBN 252961) |
| | E-mail: twang@akingump.com |
| 5 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | 580 California Street, 15th Floor |
| 6 | San Francisco, California 94104-1036 |
| | Telephone:       415-765-9500 |
| 7 | Facsimile:       415-765-9501 |
| 8 | Attorneys for Defendants |
| | AIG FINANCIAL PRODUCTS CORP. and |
| 9 | AIG SUNAMERICA LIFE ASSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | COUNTY OF CONTRA COSTA, | Case No. CV 08-04752 MMC |
| 13 | Plaintiff, | |
| 14 | v. | **STIPULATION AND [PROPOSED] ORDER FOR DEFENDANTS AIG FINANCIAL PRODUCTS CORP. AND AIG SUNAMERICA LIFE ASSURANCE COMPANY'S LEAVE TO FILE SUR-REPLY TO PLAINTIFF COUNTY OF CONTRA COSTA'S MOTION TO REMAND** |
| 15 | | |
| 16 | BANK OF AMERICA, N.A., et al. | |
| 17 | Defendants. | AND ORDER CONTINUING HEARING |

    Pursuant to Civil Local Rules 7-3(d) and 7-12, this stipulation is entered into by and between plaintiff COUNTY OF CONTRA COSTA (the "County") and defendants AIG FINANCIAL PRODUCTS CORP. and AIG SUNAMERICA LIFE ASSURANCE COMPANY (the "AIG Defendants") through their respective counsel of record, based upon the following:

    WHEREAS, the County filed its motion to remand on October 27, 2008;

    WHEREAS, on November 7, 2008, the County dismissed five defendants from the action—UBS AG, Société Générale, S.A., Rabobank Group, Natixis, S.A., and Westminster National Bank, p.l.c.;

    WHEREAS, the AIG Defendants filed their opposition to the County's motion to remand on

1  November 14, 2008, and the County filed its reply to this opposition on November 21, 2008;

2  WHEREAS, in the County's reply, the County stated its intent to file an amended complaint
3  that it suggested would account for the concerns expressed in the Court's November 21, 2008 Order
4  Denying Plaintiff's Motion for Discretionary Remand in *City of Stockton v. Bank of America, N.A., et
5  al.*, No. CV-08-4060 MMC;

6  WHEREAS, on Monday evening, November 24, 2008, the County filed that amended
7  complaint;

8  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
9  parties, and the parties jointly move:

10  That the Court grant the AIG Defendants leave to file a sur-reply no more than ten (10) pages in
11  length to the County's motion to remand no later than December 3, 2008.

13  IT IS SO STIPULATED.

14  Dated: November 26, 2008                  **AKIN GUMP STRAUSS HAUER & FELD LLP**

16  By_____/s/_____
       Reginald D. Steer

17  Attorneys for Defendants
18  AIG FINANCIAL PRODUCTS CORP. and
    AIG SUNAMERICA LIFE ASSURANCE
19  COMPANY

20  Dated: November 26, 2008                  **COTCHETT, PITRE, & MCCARTHY**

22  By_____/s/_____
       Nanci E. Nishimura

23  Attorneys for Plaintiff
    COUNTY OF CONTRA COSTA

26  PURSUANT TO STIPULATION, IT IS SO ORDERED. Further, the hearing is CONTINUED from
    December 5, 2008 to December 12, 2008.
27  Dated: November 26, 2008                  _____
                                              Hon. Maxine M. Chesney

2

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS SUR-REPLY          Case No. CV 08 04752 MMC
TO PLAINTIFF'S MOTION TO REMAND