IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF CONTRA COSTA,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants | No. C-08-4752 MMC<br><br>**ORDER AFFORDING PLAINTIFF LEAVE TO FILE SUPPLEMENTAL REPLY; CONTINUING HEARING ON PLAINTIFF'S MOTION TO REMAND** |

   Before the Court is plaintiff County of Contra Costa's motion to remand, filed October 27, 2008. After the matter was fully briefed, plaintiff, on November 24, 2008, filed a First Amended Complaint. Thereafter, by order filed November 26, 2008, the Court approved the parties' stipulation to afford defendants leave to file a supplemental opposition to address the issue of whether the First Amended Complaint, as opposed to the initial complaint, should be remanded; on December 3, 2008, defendants filed such supplemental opposition.

   Having read and considered the papers filed by the parties, including the supplemental opposition, the Court finds it appropriate to afford plaintiff the opportunity to file a supplemental reply to address the new arguments made in the supplemental opposition.

//

Accordingly, plaintiff is hereby afforded leave to file a supplemental reply, not to exceed 15 pages, no later than December 12, 2008.

The hearing on plaintiff's motion is hereby CONTINUED from December 12, 2008 to December 19, 2008.

**IT IS SO ORDERED.**

Dated:  December 5, 2008

_____
MAXINE M. CHESNEY
United States District Judge