| | |
|---|---|
| 1 | REGINALD D. STEER (SBN 056324) |
| | E-mail: rsteer@akingump.com |
| 2 | STEVEN S. KAUFHOLD (SBN 157195) |
| | E-mail: skaufhold@akingump.com |
| 3 | AMIT KURLEKAR (SBN 244230) |
| | E-mail: akurlekar@akingump.com |
| 4 | TERESA WANG (SBN 252961) |
| | E-mail: twang@akingump.com |
| 5 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | 580 California Street, 15th Floor |
| 6 | San Francisco, California 94104-1036 |
| | Telephone:     415-765-9500 |
| 7 | Facsimile:      415-765-9501 |
| 8 | Attorneys for Defendants |
| | AIG FINANCIAL PRODUCTS CORP. and |
| 9 | AIG SUNAMERICA LIFE ASSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF CONTRA COSTA,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.<br><br>Defendants. | Case No. CV 08 04752 MMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING MOTION OF DEFENDANTS AIG FINANCIAL PRODUCTS CORP. AND AIG SUNAMERICA LIFE ASSURANCE COMPANY TO ENLARGE TIME AND CONTINUE THE DECEMBER 19, 2008 HEARING ON PLAINTIFF'S MOTION TO REMAND** |

1

Having considered the Motion to Enlarge Time and Continue the December 19, 2008 Hearing on Plaintiff's Motion to Remand to State Court filed by defendants AIG Financial Products Corp. and AIG SunAmerica Life Assurance Company (the "AIG Defendants"), ~~and all other papers on file in this action, and good cause appearing therefore,~~ and plaintiff's opposition thereto,

IT IS HEREBY ORDERED THAT:

The AIG Defendants' Motion to Enlarge Time is GRANTED. The hearing on Plaintiff's Motion to Remand to State Court is continued to the following date and time: December 19, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: December 16, 2008

*Maxine M. Chesney*
HON. MAXINE M. CHESNEY
United States District Judge

---

2

[PROPOSED] ORDER GRANTING THE AIG DEFENDANTS' MOTION TO ENLARGE TIME AND CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO REMAND          Case No. 08-04572 MMC